■ ROBIN E. RUNDLE-KRZYZANIAK et al., Appellants, v JUSTIN A. BAIN, Respondent. [982 NYS2d 798]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered October 29, 2012. The order granted defendant's motion to dismiss plaintiffs' complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. JOANN H. SUTTNER, as Executrix of GERALD W. SUTTNER, Deceased, Respondent, v A.W. CHESTERTON COMPANY et al., Defendants, and CRANE Co., Appellant. [982 NYS2d 421]—Appeal from a judgment of the Supreme Court, Erie County (John P. Lane, J.H.O.), entered April 15, 2013. The judgment awarded plaintiff money damages against defendant Crane Co. upon a jury verdict.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.